UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAN SHEKHAR NAIDU,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHILD PROTECTIVE SERVICES, et al.,<br><br>　　　　　Defendants. | CASE NO. C21-0281JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

This case is hereby transferred to the Honorable John C. Coughenour as related to C20-1410JCC. All future pleadings shall bear the cause number C21-0281JCC.

//

//

//

MINUTE ORDER - 1

1     Filed and entered this 5th day of March, 2021.

                            WILLIAM M. MCCOOL
                            Clerk of Court

                            <u>s/ Ashleigh Drecktrah</u>
                            Deputy Clerk

MINUTE ORDER - 2